AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

ACCOR FRANCHISING NORTH AMERICA, LLC., a Delaware Limited Liability Company
                               Plaintiff (s),

V.

TIBURON HOSPITALITY, LLC, a California Limited Liability Company, and MARK GROTEWOHL, an Individual
                               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-12-1469 JSC

Notice is hereby given that, subject to approval by the court, MARK GROTEWOHL substitutes
                                                          (Party (s) Name)

THOMAS M. O'LEARY, State Bar No. 126146 as counsel of record in
(Name of New Attorney)

place of ROBERT E. AUNE.
                                   (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: ROPERS, MAJESKI, KOHN & BENTLEY
    Address: 515 South Flower Street, Suite 1100 Los Angeles, CA 90071-2213
    Telephone: (213) 312-2000      Facsimile (213) 312-2001
    E-Mail (Optional): toleary@rmkb.com

I consent to the above substitution.

Date: May 21, 2012

MARK GROTEWOHL
(Signature of Party (s))

I consent to being substituted.

Date: May 21, 2012

ROBERT E. AUNE
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 17, 2012

(Signature of New Attorney)
THOMAS M. O'LEARY

The substitution of attorney is hereby approved and so ORDERED.

Date: 5/25/2012

Jacqueline S. Corley
Judge
Magistrate Judge Jacqueline Scott Corley

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com