AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

ACCOR FRANCHISING NORTH AMERICA, LLC., a Delaware Limited Liability Company
        Plaintiff (s),

V.

TIBURON HOSPITALITY, LLC, a California Limited Liability Company, and MARK GROTEWOHL, an Individual
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-12-1469 JSC

Notice is hereby given that, subject to approval by the court, __TIBURON HOSPITALITY, LLC__ substitutes
        (Party (s) Name)

__THOMAS M. O'LEARY__, State Bar No. __126146__ as counsel of record in
(Name of New Attorney)

place of __ROBERT E. AUNE.__
        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     ROPERS, MAJESKI, KOHN & BENTLEY

    Address:     515 South Flower Street, Suite 1100 Los Angeles, CA 90071-2213

    Telephone:     (213) 312-2000     Facsimile (213) 312-2001

    E-Mail (Optional):     toleary@rmkb.com

I consent to the above substitution.

Date: May 23, 2012

TIBURON HOSPITALITY, LLC. By CA Limited LLC, Manager
William R. Dixon, Jr. Manager
(Signature of Party (s))

I consent to being substituted.

Date: May 22, 2012

ROBERT E. AUNE
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 17, 2012

(Signature of New Attorney)
THOMAS M. O'LEARY

The substitution of attorney is hereby approved and so ORDERED.

Date: May 25, 2012

Jacqueline S. Corley
Magistrate Judge Jacqueline Scott Corley

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com