Calvin E. Davis (SBN: 101640)
Aaron Rudin (SBN: 223004)
GORDON & REES LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071
Tel: 213-576-5000
Fax: 213-680-4470
E-mail: cdavis@gordonrees.com

Attorneys For Plaintiff ACCOR FRANCHISING NORTH AMERICA, LLC

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ACCOR FRANCHISING NORTH AMERICA, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>TIBURON HOSPITALITY, LLC, a California Limited Liability Company, and MARK P. GROTEWOHL, an Individual,<br><br>Defendants. | CASE NO. C-12-01469-CW<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE<br><br>Complaint filed March 23, 2012 |

Having read and duly considered the Stipulation of Dismissal With Prejudice, and finding good cause therefore, the Court hereby Orders pursuant to Rule 41(a) of the Federal Rules of Civil Procedure:

Plaintiff ACCOR FRANCHISING NORTH AMERICA, LLC's Complaint filed on March 23, 2012, is hereby dismissed with prejudice as to defendants TIBURON HOSPITALITY, LLC and MARK P. GROTEWOHL.

/ / /
/ / /
/ / /
/ / /

The Court retains jurisdiction of this action for the purposes of resolving disputes that may arise in the future regarding the parties' Global Settlement Agreement and General Release entered into between Plaintiff and Defendants on or about February 2013. Plaintiff and Defendants to bear their own fees and costs.

IT IS SO ORDERED.

DATED: _____February 27_____, 2013

_____
United States District Judge Claudia Wilken